**STATE**

v.

**Paul JOHNSON.**

No. 82–534–C.A.

Supreme Court of Rhode Island.

Dec. 1, 1983.

Dennis J. Roberts II, Atty. Gen., Marc DeSisto, Sp. Asst. Atty. Gen., for plaintiff.

James A. Ruggiero, Providence, for defendant.

## ORDER

The defendant's motion to appoint counsel and his motion to reargue are denied.

MURRAY, J., did not participate.